DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INJURY TREATMENT CENTER OF FORT MYERS, INC.** and
**INJURY TREATMENT CENTER OF SOUTH FLORIDA, INC.,**
Appellants,

v.

**MICHAEL BERILE, M.D.,**
Appellee.

No. 4D21-749

[November 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502014CA010529XXXMB.

Robert A. Trilling, Boca Raton, for appellants.

Christopher DeCosta of Mahshie & DeCosta, Fort Myers, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***